# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| In Re: | | |
|---|---|---|
| | **Timothy Lee McMillan**<br>**96 Days Court**<br>**Sanford, NC 27332** | Case No. _____<br>Chapter  **13** |
| | **Brooke Marie McMillan**<br>**96 Days Court**<br>**Sanford, NC 27332** | |
| SS# | xxx-xx-3678 | |
| SS# | xxx-xx-1240 | |
| | Debtor(s) | |

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on  **October 30, 2015** .

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the proof of claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

# CHAPTER 13 PLAN SUMMARY

The Debtor proposes an initial plan, which is subject to modification, as follows:

**I.  Plan Payments**

The plan proposes a payment of **$525.00** per month for a period of **58** months. The Debtor shall commence payments to the Trustee within thirty (30) days from the date the petition was filed.

**II.  Administrative Costs**

   **1.  Attorney fees.**

   ☑ The attorney for the Debtor will be paid the base fee of $2,500.00. The Attorney has received $ **0.00** from the Debtor pre-petition and the remainder of the base fee will be paid monthly by the Trustee as funds are available, after scheduled monthly payments to holders of domestic support obligations and allowed secured claims.

   ☐ The Attorney for the Debtor will file application for approval of a fee in lieu of the presumptive fee.

   **2.  Trustee costs.** The Trustee will receive from all disbursements such amount as approved by the Court for payment of fees and expenses

**III.  Priority Claims**

All pre-petition claims entitled to priority under 11 U.S.C. § 507 will be paid in full in deferred cash payments unless otherwise indicated.

   **1.  Domestic Support Obligations ("DSO")**

   a.  ☑ None

   b.  The name, address, and phone number, including area code, of the holder of any DSO as defined in § 101(14A) is as follows:

| Name of DSO Claimant | Address, city, state & zip code | Telephone Number |
|---|---|---|
|  |  |  |

   c.  All **post-petition** DSO amounts will be paid directly by the Debtor to the holder of the claim and not by the Trustee.

   d.  Arrearages owed to DSO claimants under 11 U.S.C.§ 507(a)(1)(A) not presently paid through wage garnishment will be paid by the Trustee as follows:

| Name of DSO Claimant | Estimated Arrearage Claim | Monthly Payment |
|---|---|---|
|  |  |  |

   **2.  Other priority claims to be paid by Trustee**

| Creditor | Estimated Priority Claim |
|---|---|
| **Harnett County Tax Office** | **$131.29** |
| **Internal Revenue Service** | **$0.00** |
| **Lee County Tax Office** | **$276.10** |
| **NC Department of Revenue** | **$0.00** |

IV.   **Secured Claims**

   1.   **Real Property Secured Claims**

   a.   ✓ None

   b.   All payments on any claim secured by real property will be paid by the Trustee unless the account is current, in which case the Debtor may elect to continue making mortgage payments directly. Arrearage claims will be paid by the Trustee as separate secured claims over the term of the plan, without interest.

| Creditor | Property Address | Residence or Non-residence R/NR | Current Y/N | Monthly Payment | Arrearage Amount | If Current Indicate Payment by Debtor (D) or Trustee (T) |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

   2.   **Personal Property Secured Claims**

   a.   ☐ None

   b.   Claims secured by personal property will be paid by the Trustee as follows:

| Creditor | Collateral | Secured Amount | Purchase Money Y/N | Under-secured Amount | Pre-confirmation adequate protection payment per § 1326(a)(1) | Post-confirmation Equal Monthly Amount (EMA) | Proposed Interest Rate |
|---|---|---|---|---|---|---|---|
| **Farmers Furniture** | **Patio Set with umbrella** | **$200.00** | **Y** | **$204.00** | **$0.00** | **$3.91** | **5.25%** |
| **Santander Consumer USA** | **2013 Nissan Altima 53,000 miles; value = nada clean retail** | **$19,259.00** | **Y** | **$0.00** | **$192.59** | **$376.68** | **5.25%** |
| **W S Badcock Corporation** | **Lawn Mower; Fridge, Bedroom Set** | **$1,300.00** | **Y** | **$933.00** | **$0.00** | **$25.43** | **5.25%** |
| **W S Badcock Corporation** | **Washer, Dryer, Entertainment Center, Recliner** | **$1,500.00** | **Y** | **$1,112.00** | **$0.00** | **$29.34** | **5.25%** |

The Trustee will disburse pre-confirmation adequate protection payments to secured creditors holding allowed purchase money secured claims. Claims having a collateral value of less than $2,000.00 will not receive adequate protection payments.

*To the extent that the valuation provisions of 11 U.S.C. § 506 do not apply to any of the claims listed above, the creditor's failure to object to confirmation of the proposed plan shall constitute the creditor's acceptance of the treatment of its claim as proposed, pursuant to 11 U.S.C. § 1325(a)(5)(A).*

   3.   **Collateral to be Released**

The Debtor proposes to release the following collateral:

| Creditor | Collateral to be Released |
|---|---|
| **Lendmark Financial Services** | **2007 Jeep Liberty 137,000 miles; value= debtors: inoperable** |

   4.   **Liens to be Avoided**

The Debtor pursuant to 11 U.S.C. § 522 proposes to avoid the following liens on property to the extent that such liens impair the Debtor's exemption:

| Lien Creditor | Property |
|---|---|
| **-NONE-** |  |

V.  **Co-Debtor Claims**

The Debtor proposes to separately classify for payment in full the following claims for consumer debts on which an individual is liable with the Debtor:

| Creditor | Co-Debtor | Interest Rate | Monthly Payment |
|---|---|---|---|
| **-NONE-** | | | |

VI. **General Unsecured Claims Not Separately Classified**

General unsecured claims will be paid on a pro-rata basis, with payments to commence after priority unsecured claims are paid in full. The estimated dividend to general unsecured claims is __**0**__ %.

VII. **Executory Contracts/Leases**

a.  ☑ None

b.  The following executory contracts and/or leases will be rejected:

| Creditor | Nature of lease or contract |
|---|---|
| | |

c.  The following executory contracts and/or leases will be assumed. The Debtor will pay directly all lease payments which come due from the petition filing date until confirmation of the plan. Upon confirmation, payments will be paid as follows:

| Creditor | Nature of Lease or Contract | Monthly payment | Monthly payment paid by Debtor (D) or Trustee (T) | Arrearage Amount | Arrearage paid by Debtor (D) or Trustee (T) | Arrearage monthly payment |
|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | |

VIII. **Special Provisions**

a.  ☑ None

b.  Other classes of unsecured claims and treatment

c.  Other Special Terms


Date:  **October 30, 2015**        /s/ **A.B. Harrington, III**
**A.B. Harrington, III 1913**
Attorney for the Debtor
Address:     **Post Office Box 1072**
**311 North Horner Boulevard**
**Sanford, NC 27331-1072**
Telephone:   **(919) 775-3447**
State Bar No.   **1913**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| In Re: | ) | |
| --- | --- | --- |
| **Timothy Lee McMillan** | ) | **NOTICE TO CREDITORS** |
| **Brooke Marie McMillan** | ) | **AND** |
|  | ) | **PROPOSED PLAN** |
| SS#  **xxx-xx-3678** | ) | |
| SS#  **xxx-xx-1240** | ) | Case No. _____ |
| Debtor(s) | ) | |

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Notice to Creditors and Proposed Plan was served by first class mail, postage prepaid, to the following parties at their respective addresses:

**Reid Wilcox**
**Clerk of Court**
**U.S. Bankruptcy Court**
**Middle District of North Carolina**
**P.O. Box 26100**
**Greensboro, NC 27402**

**Richard M. Hutson, II**
**Chapter 13 Trustee**
**Durham Division**
**Post Office Box 3613**
**Durham, NC 27702-3613**

**Alliance One**
**Attn: Managing Agent**
**1684 Woodlands Drive, Suite 150**
**Maumee, OH 43537**

**Applied Business Services**
**Attn: Managing Agent / Officer**
**PO Box 910**
**Edenton, NC 27932**

**Bass & Associates PC**
**Attn: Managing Agent**
**3936 E. Ft. Lowell Road, Suite 200**
**Tucson, AZ 85712**

**BB&T**
**Bankruptcy Section**
**P.O. Box 1847**
**Wilson, NC 27894-1847**

**Cbe Group**
**Attn: Bankruptcy**
**Po Box 900**
**Waterloo, IA 50704**

**CCS**
**Attn: Managing Agent / Officer**
**Po Box 9134**
**Needham Heights, MA 02494**

**Central Emergency Physicians**
**Mailstop: 49468373**
**PO Box 660827**
**Dallas, TX 75266**

**Central Financial Control**
**Attn: Bankruptcy**
**Po Box 66044**

**Anaheim, CA 92816**

**Credit Collections Svc**
**Po Box 773**
**Needham, MA 02494**

**Credit Protection Association, L.P.**
**Attn: Managing Agent / Officer**
**13355 Noel Road**
**Dallas, TX 75240**

**Department of Health and Human Services**
**Attn: Managing Agent / Officer**
**2001 Mail Service Center**
**Raleigh, NC 27699**

**Department of the Treasury**
**Financial Management Services**
**Po Box 1686**
**Birmingham, AL 35201**

**Dish Network**
**Attn: Managing Agent / Officer**
**PO Box 94063**
**Palatine, IL 60094**

**ERC/Enhanced Recovery Corp**
**8014 Bayberry Rd**
**Jacksonville, FL 32256**

**Farmers Furniture**
**Attention: Bankruptcy**
**1851 Tellfair St.**
**Dublin, GA 31040**

**Fingerhut**
**Attn: Managing Agent**
**Post Office Box 166**
**Newark, NJ 07101-0166**

**Fort Sill National Ban**
**511 Sw A Ave**
**Lawton, OK 73501**

**Fort Sill National Bank**
**Attn: Managing Agent / Officer**
**511 Sw A Ave**
**Lawton, OK 73501**

**George Brown Associates**
**Attn: Managing Agent / Officer**
**2200 Crown Point Executive Drive**
**Charlotte, NC 28227**

**Grandpointe**
**1112 7th Ave**
**Monroe, WI 53566**

**Grn Cap Fin**
**5945 Cliffdale Rd**
**Fayetteville, NC 28314**

**Harnett County Tax Office**
**Attn: Bankruptcy/ Kim Baker**
**305 W. Cornelius Harnett Blvd., Suite 10**
**P.O. Box 250**
**Lillington, NC 27546-0250**

**Harris & Harris, Ltd**
**Harris & Harris, Ltd.**
**111 W Jackson Blvd 400**
**Chicago, IL 60604**

**Reginald S. Hinton**
**Process Agent for NC Depart. of Revenue**

Post Office Box 2500
Raleigh, NC 27640-5000

Internal Revenue Service
Attn:  Special Procedures Staff
320 Federal Place, Room 335
Greensboro, NC 27402

Ist Investors
Attn: Managing Agent / Officer
380 Interestate N. Parkway, Ste 300
Atlanta, GA 30339

Jl Walston & Associate
1107 West Main St., Suite 201
Durham, NC 27701

Lee County Tax Office
Attn:Bankruptcy
Post Office Box 1968
Sanford, NC 27331-1968

Lendmark Financial Services
Attn: Managing Agent / Officer
Po Box 2969
Covington, GA 30015

Med-Care Diabetic
Attn: Managing Agent / Officer
933 Clint Moore Road
Boca Raton, FL 33487

Mid-Carolina Radiology
Attn: Managing Agent
P.O. Box   120590
Newport News, VA 23612

Mohan C. Deachand Md
Attn: Managing Agent / Officer
114 South Gulf Street
Sanford, NC 27330

NC Department of Revenue
Office Services Division
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

North Shore Agency
Attn: Managing Agent / Officer
Po Box 9221
Old Bethpage, NY 11804

On-Line Collections
Attn: Managing Agent / Officer
Po Box 1489
Winterville, NC 28590

Online Collections
Attn: Managing Agent / Officer
Po Box 1489
Winterville, NC 28590

Optimum Outcomes
Attn: Managing Agent / Officer
421 Fayetteville St Ste 600
Raleigh, NC 27601

Performat Recovery Inc
Attn: Managing Agent / Officer
Po Box 9054
Pleasanton, CA 94566

Progressive Southeastern Insurance
Attn: Managing Agent / Officer

**Po Box 55126**
**Boston, MA 02205**

**Publisher's Clearing House**
**Attn: Managing Agent / Officer**
**720 Winners Circle**
**Saint Cloud, MN 56399**

**RJM Acquisitions Funding LLC**
**Attn: Managing Agent**
**575 Underhill Blvd.**
**Suit 224**
**Syosset, NY 11791**

**Santander Consumer USA**
**Attn: Managing Agent / Officer**
**Po Box 961245**
**Fort Worth, TX 76161**

**Solstas Lab Partners**
**Attn: Managing Agent / Officer**
**PO Box 35907**
**Greensboro, NC 27425**

**Transworld Systems, Inc**
**Attn: Managing Agent / Officer**
**507 Prudential Road**
**Horsham, PA 19044**

**Tri-State Adjustments**
**Attn: Managing Agent / Officer**
**Po Box 3219**
**La Crosse, WI 54602**

**TRS Recovery Services, Inc**
**Attn: Managing Agent / Officer**
**PO Box 60022**
**City of Industry, CA 91716**

**US Attorney's Office**
**Middle District**
**P.O. Box 1858**
**Greensboro, NC 27402-1858**

**US Cellular**
**Attn: Managing Agent / Officer**
**8410 W. Brynmawr, ste 700**
**Tulsa, OK 74146-5299**

**Us Dept. of Education**
**Attn: Managing Agent / Officer**
**PO Box 87130**
**Lincoln, NE 68501**

**US Path Labs LLC**
**Attn: Managing Agent / Officer**
**902 Clint Moore Road**
**Boca Raton, FL 33487**

**Virgil Lewis**
**34 Pine Lake Drive**
**Whispering Pines, NC 28327**

**W S Badcock Corporation**
**Attn: Managing Agent**
**PO Box 232**
**Mulberry, FL 33860**

**Wells Fargo Bank**
**c/o Sarah Miranda**
**Bankruptcy Department**
**PO Box 2505**
**Fayetteville, NC 28302**

**Woodforest Bank**
**Attn: Managing Agent / Officer**
**Po box 7889**
**Spring, TX 77387**

Date: **October 30, 2015**            **/s/ A.B. Harrington, III**
                                       **A.B. Harrington, III 1913**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                       Best Case Bankruptcy